## No. 5044.

THOMAS A. J. RICHARDSON *v.* LEVIN P. SMITH et als.   R. A. HUNTER,
Warrantor.

Execution having issued on a judgment obtained by R. A. Hunter in a former suit against
Richardson, the plaintiff in this case, a tract of land belonging to said Richardson was
sold, and Benjamin K. Hunter, the principal defendant in the present suit, became the
purchaser. On a devolutive appeal taken by Richardson, the judgment thus obtained
against him was annulled by this court on the ground that the citation was null, having
issued in the parish of Rapides and been served upon Richardson in the parish of Sabine,
the parish in which he resided and had his domicile. This action is brought by Richard-
son against said purchaser of the land at sheriff's sale in the suit of Robert A. Hunter
against Richardson.

In so far as Benjamin K. Hunter is concerned, the proceedings in the case of Robert A.
Hunter *v* Richardson are regular. There was a petition, citation, answer and judgment.
Notice of seizure was given and notice to appoint appraisers, and an appointment of an
appraiser by the defendant followed by a sale. Under these circumstances the sale, as to
third persons, transferred the title to the property sold. The plaintiff's recourse, if he
have any, is against Robert A. Hunter.

APPEAL from the Ninth Judicial District Court, parish of Rapides.
Orsborn, J. *J. F. Smith, W. A. Seay,* for plaintiff and appellant.
*R. J. Bowman,* for defendants and appellees.

TALIAFERRO, J. In 1865 Robert A. Hunter brought suit in the parish
of Rapides against the present plaintiff and obtained judgment, issued
execution, and in April, 1869, a tract of land belonging to Richardson
was sold and Benjamin K. Hunter, the principal defendant in this case,
became the purchaser. From the judgment obtained against him by
R. A. Hunter, Richardson took a devolutive appeal and the judgment
was annulled by this court on the ground that the citation was null,
having been issued in the parish of Rapides and served upon Rich-
ardson in the parish of Sabine, the parish in which he resided and had
his domicile.

The present suit is brought by Richardson against Benjamin K.
Hunter, who purchased the tract of land aforesaid at sheriff's sale, in
the suit of R. A. Hunter *v.* T. H. J. Richardson. Judgment was rend-
ered in the court below restoring the plaintiff to his rights in the land
on reimbursing the defendant the sum paid by him for it. From this
judgment the plaintiff appeals.

In so far as B. K. Hunter is concerned, the proceedings in the case
of R. A. Hunter *v.* Richardson, are regular. There was a petition,
citation, answer and judgment. Notice of seizure was given and notice
to appoint appraisers, and an appointment of an appraiser by the de-
fendant followed by a sale. We think, under these circumstances, that
the sale, as to third persons, transferred the title to the property sold.
The plaintiff's recourse, if he have any, is against R. A. Hunter.

It is therefore ordered that the judgment of the district court be
annulled and reversed, and that there be judgment in favor of defend-
ants, with costs in both courts.

ON REHEARING.

TALIAFERRO, J.   We are not inclined, after a review of this case, to change our first decree.

It is therefore ordered that the judgment rendered in this case remain undisturbed.